direct appeal proceedings that challenge the guilty verdict before this Court or the Supreme Court of the United States. Applications for post-conviction relief or collateral proceedings shall not prevent the use of such convictions as an aggravating factor. (See 96 *N.J.* 625)

JOSEPH SIMODIS v. EMHART CORPORATION.

July 12, 1984.

Certification is granted, and the matter is summarily remanded to the Appellate Division, for reconsideration in light of *Green v. Sterling Extruder,* 95 *N.J.* 263 (1984).

Jurisdiction is not retained.

JOHN W. PACKARD v. PACKARD–BAMBERGER & CO., INC.
AND PETER W. PACKARD.

July 12, 1984.

Petition for certification denied.

JOHN W. PACKARD v. PACKARD–BAMBERGER, CO., INC.
AND PETER W. PACKARD.

July 12, 1984.

Cross-petition for certification denied.